WOOD <em>against</em> BISHOP and BISHOP.

In a transitory action, the venue will not be changed from one county to another, on the ground of the number of witnesses, unless the number in the latter exceed those in the former. It is not enough that the number be equal.

IN ASSUMPSIT; on motion to change the venue from Ulster to Dutchess, the defendant swore to " 10 or 12 material witnesses," &c. in the latter county; and the plaintiff to ten in the former.

*L. Maison*, for the motion.

*A. D. Soper*, contra.

*Curia.* The number of witnesses being equal, the motion must be denied.

Motion denied.